**91–1938.** State v. Hughes. *Marion County*, No. 9–90–68. Reported at 62 Ohio St.3d 1481, 581 N.E.2d 1388. On motion for rehearing. Rehearing denied.

SWEENEY, J., dissents.

DOUGLAS, J., not participating.